ACCEPTED
12-14-00254-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/20/2015 9:44:48 AM
CATHY LUSK
CLERK



**WHITAKER CHALK**
ATTORNEYS & COUNSELORS

**Brent Shellhorse**
Direct 817.878.0523

bshellhorse@whitakerchalk.com
www.whitakerchalk.com

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/20/2015 9:44:48 AM
25034.007
CATHY S. LUSK
Clerk

January 20, 2015

*Via e-Filing*

Cathy S. Lusk, Clerk
TWELFTH COURT OF APPEALS
1517 West Front Street, Suite 354
Tyler, Texas 75702

> Re:  Case No.:      12-14-00254-CV
> Trial Court Case No.:  13-3357-A
> *Neurodiagnostic Tex, L.L.C. v. Robert Josh Pierce and Synergy IOM, LLC*

Dear Clerk:

Please allow this letter to serve as Appellee's payment of the $10.00 filing fee, via e-file, for *Appellees' Motion for Extension of Time to File Appellees' Briefs*, which was e-filed on January 19, 2015, (Envelope No. 3810880), in the above-referenced matter.

Thank you for your assistance with this matter.

Very truly yours,

*/s/Brent Shellhorse*

Brent Shellhorse

WBS/mh
164155